# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES ex rel. John T. O'Neill, Jr.**

     **Plaintiff/Relator**

  **v.**

**Gopinath Gopalam, et al**

     **Defendants.**

**Civ. No:  3:18-cv-567-JWD-RLB**

## MOTION TO SUBSTITUTE PLEADING

     **NOW INTO COURT**, through undersigned counsel, come defendants, Gopinath Gopalam ("**Gopalam**") and Apollo Behavioral Health Hospital, LLC ("**Apollo**") (hereinafter the "**Defendants**"), who hereby request that its previously filed *Motion to Enroll Additional Counsel* (Doc. 48) be substituted with the attached pleading for the following reason:

     Undersigned counsel filed their *Motion to Enroll Additional Counsel* which was not in compliance with Local Rule 84(14)(a). The pleading has been amended to comply with the Court's local rules.

     **WHEREFORE**, defendants, Gopinath Gopalam ("**Gopalam**") and Apollo Behavioral Health Hospital, LLC, respectively request this Court to allow the attached *Motion to Enroll Additional Counsel* to be substituted for Doc. 48.

RESPECTFULLY SUBMITTED,

By Attorneys:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place
301 Main Street, Floor 23 (70801)
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone:  (225) 387-4000
Telecopier:  (225) 381-8029

*/s/ Catherine M. Maraist*
Catherine M. Maraist (La. Bar No. 25781)
catherine.maraist@bswllp.com