UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN T. O'NEILL, JR.,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>GOPINATH GOPALAM, APOLLO BEHAVIORAL HEALTH HOSPITAL, LLC d/b/a APOLLO BEHAVIORAL HEALTH HOSPITAL and CHANDRA M. KATTA, M.D.<br><br>    Defendants. | Civil Action No. 3:18-cv-00567-JWD-RLB |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff/Relator's Motion for Voluntary Dismissal Without Prejudice as to Defendant Chandra M. Katta, M.D. Having considered the motion, the Court finds said motion should be in all things **GRANTED**. It is, therefore,

**ORDERED** that the Plaintiff/Relator's Motion for Voluntary Dismissal Without Prejudice as to Defendant Chandra M. Katta, M.D. is **GRANTED**; it is

**FURTHER ORDERED** that all claims asserted against Defendant Chandra M. Katta, M.D. in this action are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

This dismissal is without prejudice to any defenses, including but not limited to statute of limitations defenses, that Defendant Chandra M. Katta, M.D. may assert in any future proceeding.

No costs are assessed against any party with respect to the dismissed claims.

Signed in Baton Rouge, Louisiana, on June 12, 2025.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA